**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| AMANDA W.,[1] | : | Case No. 3:26-cv-00101 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Caroline H. Gentry (by full consent of the parties) |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

# ORDER FOR CLARIFICATION

Plaintiff filed this action to obtain judicial review of the decision of Defendant Commissioner of Social Security to deny her application for disability benefits. On May 26, 2026, Defendant timely filed the First Certified Administrative Record. (First AR, Doc. No. 8.) Plaintiff, in turn, filed her Statement of Specific Errors on September 8, 2026. (Doc. No. 10.) After Defendant files a Memorandum in Opposition and Plaintiff files a Reply Memorandum, the matter will be ripe for the Court to issue its ruling.

Inexplicably, however, Defendant filed a Second Certified Administrative Record (Second AR, Doc. No. 11) on September 9, 2026, ***after*** Plaintiff had filed her Statement of Specific Errors. The Second AR has the same certification date (April 13, 2026), same table of contents and same number of exhibits as the First AR, but it is significantly

[1] *See* S.D. Ohio General Order 22-01 ("The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that due to significant privacy concerns in social security cases federal courts should refer to claimants only by their first names and last initials.").

longer – it totals 5,129 pages rather than the 4,555 pages in the First AR. Unfortunately, Defendant failed to provide any explanation for the second filing. Consequently, it is unclear whether Plaintiff should be permitted to submit a revised Statement of Errors.

Accordingly, the Court **ORDERS** Defendant to file a Notice of Clarification **by no later than October 23, 2026.** In that Notice, Defendant shall explain: (1) why the Second AR was filed, (2) which specific pages were added and/or deleted as compared to the First AR, and (3) whether the Second AR is intended to supplement or replace the First AR. The Court *sua sponte* stays Defendant's deadline to file a Memorandum in Opposition, which is currently due on October 23, 2026, until it can determine the appropriate next steps in this matter.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge